CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 07/17)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE *(See Instructions)* |
|---|---|---|---|
| | ☐ Felony    ☐ Petty Offense<br>☐ Misdemeanor    ☐ Other<br>☐ Appeal | ☐ Adult Defendant    ☐ Appellant<br>☐ Juvenile Defendant    ☐ Appellee<br>☐ Other | |

| 11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.* |
|---|

| 12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS<br><br><br><br><br>Telephone Number : _____ | 13. COURT ORDER<br>☐ O  Appointing Counsel             ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender    ☐ R  Subs For Retained Attorney<br>☐ P  Subs For Panel Attorney      ☐ Y  Standby Counsel<br><br>Prior Attorney's<br>    Appointment Dates: _____<br>☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR<br>☐ Other *(See Instructions)* |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)* | *Signature of Presiding  Judge or By Order of the Court*<br><br>_____             _____<br>Date of Order                    Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time appointment.     ☐ YES    ☐ NO |

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | |
|---|---|---|---|

| | CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| **15.** | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In Court | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other *(Specify on additional sheets)* | | | | | |
| | (RATE PER HOUR = $          )    TOTALS: | | | | | |
| **16.** | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| Out of Court | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| | (RATE PER HOUR = $          )    TOTALS: | | | | | |
| **17.** | Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| **18.** | Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br><br>FROM: _____     TO: _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

| 22. CLAIM STATUS     ☐ Final Payment          ☐ Interim Payment Number _____          ☐ Supplemental Payment |
|---|
| Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES    ☐ NO    If yes, were you paid?    ☐ YES    ☐ NO<br>Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?    ☐ YES    ☐ NO       If yes, give details on additional sheets.<br>**I swear or affirm the truth or correctness of the above statements.**<br><br>Signature of Attorney _____                              Date _____ |

| APPROVED FOR PAYMENT — COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDGE | | DATE | | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | DATE | | 34a. JUDGE CODE |