UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Georgette F. Castner |
| v. | : | Crim. No. 22-282 (GFC) |
| QUINCY PALMER | : | <u>ORDER FOR CONTINUANCE</u> |
| Defendant. | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Eric Suggs, Assistant U.S. Attorney, appearing), and defendant Quincy Palmer (Rocco Cipparone, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for 90 days from June 21, 2023 through September 20, 2023, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that the defendant has the right to a trial within 70 days, pursuant to Title 18, United States Code, Section 3161(c)(1) and the defendant, through his attorney, having consented to the continuance; and two prior continuances of this indictment having been granted; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

  (1) Defense counsel requires adequate time to review the discovery generated by the investigation in this case;

  (2) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of time for effective preparation in this matter;

  (3) The parties may enter into plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

  (4) The defendant has consented to this continuance; and

  (5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

  IT IS, therefore, on this  22nd  day of June, 2023,

  ORDERED that this action be, and hereby is, continued from June 21, 2023 through September 20, 2023; and it is further

- 3 -

ORDERED that the period from June 21, 2023 through September 20, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

      /s/ *Georgette Castner*
HON. GEORGETTE F. CASTNER
U.S. District Judge

Form and entry consented to:

s/ *Eric Suggs*
Eric Suggs
Assistant U.S. Attorney

s/ *Rocco Cipparone*
Rocco Cipparone, Esq.
Counsel for defendant Quincy Palmer